## RYAN vs. RYAN.

Appeal from Tarrant county.

*Attachment — Intervention — Marital Rights — Charge of the Court—Practice—Case Stated*—The wife sued her husband for debt and ran an attachment. Her husband's creditors intervened, setting up that the proceedings in the suit proper were conclusive; that plaintiff and defendant were husband and wife; that the debts

and property levied on were community. Upon this state of case the court charged that the wife, because of her conjugal relation to the defendant in the suit proper, was not entitled to an attachment against the community property, whereby she could secure rights superior to other creditors, who held just debts against the community. Under the marital laws in force in this state the wife can maintain a suit against the husband to protect her separate property. 35 Tex., 471, and 52 Tex., 298, are cases in point.

Reversed and remanded. West, J.